AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
December 15, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __Fidel Morales__
DEPUTY

United States of America
v.
OSCAR VILCHIS-CORONEL

Case No. **EP:25-M-06833-MAT**

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  December 14, 2025  in the county of  El Paso  in the
Western  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 111(a) | Assaulting, Resisting, or Interfering with a Federal Officer |

This criminal complaint is based on these facts:
Defendant did willingly resist, oppose or interfer with a federal officer. See attached affidavit.

☑ Continued on the attached sheet.

Complaint sworn to telephonically on
December 15, 2025  at  02:00 PM  and signed
electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

*Complainant's signature*
Zane Michael Williams, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  12/15/2025

City and state:  El Paso, Texas

*Judge's signature*
Miguel A. Torres, US Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Zane Williams, being duly sworn, hereby depose and state as follows:

1.     I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since October 2024. I am currently conducting violent crimes investigations with the FBI El Paso Division, violent crimes squad. Prior to the FBI, I was a Seasonal Police Officer for Ocean City, Maryland. While employed as an FBI Special Agent, I have investigated violations of federal criminal laws over which the FBI has jurisdiction, to include violations of criminal law under United States Code (USC) Title 18 and Title 21. I have received training in and/or investigated criminal organizations and individuals who had committed or conspired to commit violent crimes.

2.     On December 14, 2025, FBI Special Agent (SA) Zane Williams, SA Kaitelin James, and Task Force Officer (TFO) Abel Labrado responded to the PDT Border Patrol Station, 1101 South Oregon Street, El Paso, Texas, which is within the Western District of Texas. During interviews with a United States Border Patrol (USBP) Agent (BPA) and Oscar Vilchis-Coronel (VILCHIS) they provided the following information:

3.     Around 5:00 p.m. on December 14, 2025, BPAs responded to the area of Canal Road and Bandera Way in El Paso, Texas, after a camera captured a subject climbing the border fence that runs along the US- Mexico Border. The BPAs had received a photo on their government issued cellphones of the subject. The subject was later identified as VILCHIS.

4.     BPA V.C. was in his green USBP uniform checking trash cans in an alley way between Canal Road and Charles Road. There was still some daylight as BPA V.C. searched the

area. BPA V.C. opened a blue recycling bin and found VILCHIS inside of it. BPA V.C. closed the lid in an attempt to contain Defendant and attempted to request assistance. VILCHIS pushed the lid open in an attempt to escape from the agent. BPA V.C grabbed VILCHIS from his jacket attempting to prevent his escape as they both fell onto the ground. The agent explained he fell on top of VILCHIS and attempted to restrain VILCHIS by wrapping his arm around VILCHIS's torso and clasping his fingers. VILCHIS used force against the agent by bucking his hips, turning his body around to face away from the agent, and using his arms to push off the ground against the agent. As a result, VILCHIS was able to break free from the agent's grip, get up and run towards an alley while the agent gave him multiple commands to stop. BPA V.C. yelled at VILCHIS several times to stop. VILCHIS continued to run eastbound down the alley resisting BPA V.C. verbal commands. When asked if he had any pain or discomfort, BPA V.C. responded he had knee pain and scuff marks on the face due to the fall and struggle between VILCHIS and BPA V.C. VILCHIS was then apprehended by two other BPAs near Canal Road.

5. According to VILCHIS in a post-Miranda interview he was told to hide in a garbage can in the area by the people who had helped to smuggle him across and that someone would be by to get him. VILCHIS originally thought the person opening the trashcan was the person sent to retrieve him. VILCHIS stated he "wasn't trying to hurt anyone." When running from BPA V.C. and another BPA, VILCHIS stated he stopped running because he "couldn't run anymore."

6. Based on the facts set forth above, your affiant respectfully submits there is probable cause to believe VILCHIS knowingly violated Title 18, United States Code 111(a)(1) – Misdemeanor Resisting, Opposing, or Impeding a Federal Officer, within the Western District of Texas by willfully attempting to resist, oppose, interfere, and impede BPA V.C.

_____

Special Agent Zane Michael Williams

Federal Bureau of Investigation

SUBSCRIBED AND SWORN BEFORE ME ON December 15, 2025

_____

MIGUEL A. TORRES

UNITED STATE MAGISTRATE JUDGE